IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEMMIE TYLER
STRAUGHTER, IV,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5733

Opinion filed April 9, 2015.

An appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

William B. Richbourg, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, and Giselle Denise Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.